```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                   NORTHWESTERN DIVISION

REGINA C. GRESHAM,              }
                                }
     Plaintiff,                 }
                                }    CIVIL ACTION NO.
v.                              }    06-AR-1268-NW
                                }
CITY OF FLORENCE, ALABAMA,      }
                                }
     Defendant.                 }
```

**ORDER**

Defendant, City of Florence, Alabama, having responded to the magistrate judge's findings and recommendation, and the court having considered the findings and recommendation, the objections filed by plaintiff, and the response to the objections filed by defendant, and having reviewed the entire file, concludes that the magistrate judge's findings and recommendation are correct. Accordingly, the findings and recommendation are ADOPTED as the opinion of the court, it being determined that there is no dispute of material, and that defendant is entitled to judgment as a matter of law.  Defendant's motion for summary judgment is GRANTED, and the above-entitled action by Regina c. Gresham is DISMISSED WITH PREJUDICE.

Costs are taxed against plaintiff.

DONE this 14th day of July, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

Case 3:06-cv-01268-WMA   Document 36   Filed 07/14/08   Page 2 of 2